CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

MAY 18 2005

JOHN F. CORCORAN, CLERK
BY: /s/
      DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION
MAY 2005 SESSION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal No. 5:05CR00019 |
| | : | |
| v. | : | Violations: Title 21, United |
| | : | States Code, Sections 841(a)(1) |
| MARK JAMES KONSAVICH | : | and 846 |

## INDICTMENT

### Count One

The Grand Jury charges:

That from a date not known to the Grand Jury, but approximately within or about October 2004, and continuing thereafter until on or about March 29, 2005, in the Western Judicial District of Virginia, and elsewhere, the defendant, MARK JAMES KONSAVICH, did knowingly combine, conspire, confederate, and agree, with other persons, both known and unknown to the Grand Jury, to manufacture, to possess with intent to distribute, and to distribute, 50 grams, or more, of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

A TRUE BILL, this \_\_\_\_18th\_\_\_\_ day of May, 2005.

                                              */s/ Julie T. Bauserman*
                                              FOREMAN

*/s/ John L. Brownlee / by W.T.J.*
JOHN L. BROWNLEE
UNITED STATES ATTORNEY